UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LEON MAKULA,

    Plaintiff,

vs.

RICHARD L. HAMMER, JR., et al.

    Defendants.
_____/

Civil Action No.
09-CV-11421

HON. AVERN COHN

## ORDER DENYING PLAINTIFF'S "MOTION FOR EX-PARTE PRELIMINARY INJUNCTION"

On April 17, 2009, this matter came before the Court on Plaintiff's "Motion for Ex-Parte Preliminary Injunction." A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that Plaintiff's "Motion for Ex-Parte Preliminary Injunction" is DENIED.


Dated:  April 17, 2009

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Michael Leon Makula 6824 Belton Street, Garden City, MI 48135 and the attorneys of record on this date, April 17, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160

1